UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0758 AG (JPRx) | Date | May 29, 2013 |
|---|---|---|---|
| Title | BENNY YOU v. HERMES OF PARIS, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**      **[IN CHAMBERS] ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

Plaintiff Benny You ("Plaintiff") sued Defendant Hermes of Paris, Inc. ("Defendant"), claiming this Court has jurisdiction based on diversity. *See* 28 U.S.C. § 1332(a). Diversity jurisdiction is only proper when there is complete diversity of parties and the amount in controversy exceeds $75,000. *Id.* This dispute centers on the sale of a handbag for about $53,000. The Court is not yet convinced that the amount in controversy exceeds the jurisdictional threshold, and the Court is concerned that, in this time of financial crisis, federal courts are not burdened with cases not meeting the diversity requirements.

The Court ORDERS Plaintiff to show cause in writing within 14 days of this Order why this action should not be dismissed for lack of jurisdiction. Defendant may respond during the same time period.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0758 AG (JPRx) | Date | May 29, 2013 |
|----------|------------------------|------|--------------|
| Title | BENNY YOU v. HERMES OF PARIS, INC. | | |

: 0

Initials of
Preparer               lmb